Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Annette C. Madrigal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE C. MADRIGAL, | ) No. 2:22-cv-8243-MAR |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE |
| v. | ) ACT ATTORNEY FEES AND |
| | ) COSTS |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND SIX HUNDRED SIXTY-ONE DOLLARS and FIFTY-EIGHT CENTS ($5,661.58), and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

1

1  amount of FOUR HUNDRED TWO DOLLARS AND NO CENTS ($402.00),
2  subject to the terms of the above-referenced Stipulation.
3
4  Dated: 8/28/2023
5  _____
   THE HONORABLE MARGO A. ROCCONI
6  UNITED STATES MAGISTRATE JUDGE